# United States Bankruptcy Court
# Eastern District of Louisiana

*In Re:*                                                                                          *Case Number*

Melvin Louis Cousin, Jr.                                                                          18-10233
Ivystein Miller Cousin

*Debtor(s)*                                                                                       *Chapter 7*
                                                                                                  *Section B*

### Order Denying Debtor's Application
### For Waiver of the Chapter 7 Filing Fee

Upon consideration of the debtor's Application for Waiver of the Chapter 7 Filing Fee;

**IT IS ORDERED** that the debtor's Application is **DENIED.**

**IT IS FURTHER ORDERED** that the debtor shall pay the Chapter 7 filing fee according to the following terms:

| | |
|---|---|
| First Installment Fee due: | $75.00 within 2 business days, 2/7/18. |
| Second Installment Fee due: | 3/9/18, in the amount of $87.00. |
| Third Installment Fee due: | 4/9/18, in the amount of $87.00. |
| Final Installment Fee due: | 5/9/18, in the amount of $86.00. |

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not pay any money for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.

**IT IS FURTHER ORDERED** that failure to timely pay the filing fees in accordance with the dates and amounts stated in this order, will result in dismissal of the case without further notice pursuant to §707(a)(2) of the Bankruptcy Code.

New Orleans, Louisiana, 2/2/18.

*J. A. Brown*
_____
Jerry A. Brown
United States Bankruptcy Judge