PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING

Date: 03/08/18 Time: 02:00pm
IN RE:     CASE NO. 18-10233    Section "B"
**COUSIN, MELVIN LOUIS, JR.**
**COUSIN, IVYSTEIN MILLER**

**APPEARANCES:**
( ) Debtor 1                 ( ) Debtor 2 (Spouse in Joint Cases)
   ( ) Required picture I.D. produced      ( ) Required picture I.D. produced
   ( ) Required SSN verification produced   ( ) Required SSN verification produced
   ( ) Pay advices received              ( ) Pay advices produced

Credit Counseling certificate (✓) filed ( ) not filed *P- 4 + 5*
Tax returns received for _____ (years) on _____
Financial Documents were ( ) retained by Trustee ( ) returned to Debtor(s)

( ) Debtor(s) Representative _____
( ) Attorney for Debtor(s): ANDREA M. JEANMARIE
( ) Debtor(s) Appeared Pro Se
     YES( ) NO( ) If Pro Se, did anyone assist with preparation?
     YES( ) NO( ) If Yes, Debtor has completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD or
(X) NOT HELD or
(X) WAS NOT CONCLUDED AND CONTINUED to *22* day of *March*, 2017 at *2*:*00* *P*.m.

YES(✓) NO( ) Attorney for debtor(s) filed statement of compensation in accordance with 11 U.S.C. 329. *P 5*

( ) CREDITOR(S):                Represented By:
_____    _____
_____    _____
_____    _____

**DEBTOR(s) REQUIRED TO :**
( ) Amend Schedules and Statements within _____ days of the §341(a) Meeting.
( ) Other: _____
_____

**In accordance with FRBP 6007 the Trustee announced intention to abandon any interest in:**
Hsehld Goods/Appliances/Furn._____
Wearing Apparel _____
_____
_____
_____
_____

Additional Notes: *Need Request for Mr. Cousin to appear for both*
_____

     *3/8/18*          *David V. Adler*
     DATED             TRUSTEE

TRACK # _____                          Form Rev. 9/8/17