UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**MELVIN LOUIS COUSIN, JR.**
**IVYSTEIN MILLER COUSIN**

DEBTOR(S)

BANKRUPTCY NO.
18-10233
SECTION "B"

CHAPTER 7

### ORDER

The Debtors and One Main Financial, a creditor holding a dischargeable claim against the Debtor, having moved this Court pursuant to §524 of the Bankruptcy Code for approval of a reaffirmation agreement *entered into* prior to Debtor's discharge, that said agreement complies with the provisions of §524 of said Code, and a hearing having been held on April 4, 2018,

**IT IS ORDERED** that the reaffirmation agreement between the Debtors and One Main Financial **(P-14)** is approved.

New Orleans, Louisiana, April 5, 2018.

*/s/ J. A. Brown*
_____
JERRY A. BROWN
BANKRUPTCY JUDGE